## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                      NO. 4:05CR00265 JLH

JOE EUGENE VINCENT                                             DEFENDANT

### AMENDED JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on February 7, 2007, is hereby amended to reflect that the title and sections for the count of conviction are 18 U.S.C. §§ 922(g)(1) and 924(e).

All other conditions contained in the original Judgment & Commitment remain in full force and effect.

IT IS SO ORDERED this 14th day of February, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE